TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00059-CV






Hamid Pouya, Appellant


v.


Zapa Interests, Inc.; Samuel f/k/a Saeed Afsahi; Kaveh Sardashti; and 

Parviz Zavareh, Appellee






FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT

NO. 25,591, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING





O R D E R

PER CURIAM

 The mandate in this cause issued by this Court on December 27, 2007, is hereby
withdrawn.

 It is so ordered January 9, 2008.


Before Chief Justice Law, Justices Pemberton and Waldrop